## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WHITE<br><br>PLAINTIFF(S),<br>v.<br><br>COUNTY OF SAN BERNARDINO, ET AL<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV- 09-00713-JHN-FMOx<br><br>JUDGMENT ON THE SPECIAL VERDICT<br>FOR DEFENDANTS |

This action having been tried before the Court sitting with a jury, the Honorable **JACQUELINE H. NGUYEN**, District Judge, presiding;  the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) TRAVIS WHITE


take nothing; that the  action be  dismissed on the  merits.


Dated   May 28, 2010          CLERK, U.S. DISTRICT COURT


at  Los Angeles, CA            By   Roel Reyes

Deputy Clerk


cc:      Counsel of record