L. Trevor Grimm, Esq., SBN 186801
Andrea M. Travis, State Bar No. 207838
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: ltg@mmker.com/amt@mmker.com

Attorneys for Defendants
COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF-CORONER DEPARTMENT, DONALD RUSK, MARK ADDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WHITE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF-CORONER DEPARTMENT, GARY PENROD, DONALD RUSK, MARK ADDY, and Does 1 through 10, Inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No. CV-09-00713 JHN (FMOx)<br><br>**NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; APPLICATION TO TAX COSTS; DECLARATION OF EUGENE P. RAMIREZ IN SUPPORT**<br><br>(Filed concurrently Herewith Bill of Costs)<br><br>Date:　　July 1, 2010<br>Time:　　11:00 a.m.<br>Clerk's Designee: Lydia Yurtchuk |

TO PLAINTIFF TRAVIS WHITE AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 1, 2010 at 11:00 a.m., or as soon thereafter as the parties may be heard telephonically before the Clerk's Designee at the above entitled Court located at 312 North Spring Street, Los Angeles, California 90012, County of San Bernardino, San Bernardino County Sheriff-coroner Department, Donald Rusk, and Mark Addy (hereinafter "Defendants"), hereby will and apply to the Clerk of the Court to tax costs, pursuant to the Bill of Costs filed concurrently herewith. This application is made on the grounds that the Jury returned a verdict in favor of the defendants. The Court entered Judgment on the Jury Verdict

1  on May 28, 2010.  This Application shall be based upon this Notice, The Application
2  to Tax Costs, the supporting Declaration of Andrea M. Travis, the responsible
3  attorney, the Bill of Costs, concurrently filed and served herewith, the records and files
4  in this action, and upon such other oral and/or documentary evidence as may be
5  presented at the time of the hearing, if any.

7  Dated:  June 17, 2010                    MANNING & MARDER
                                             KASS, ELLROD, RAMIREZ LLP

                                             /s/ Andrea M. Travis
                                       By: _____
                                             L. Trevor Grimm
                                             Andrea M. Travis

                                       Attorneys for Defendants
                                       COUNTY OF SAN BERNARDINO,
                                       SAN BERNARDINO COUNTY
                                       SHERIFF-CORONER DEPARTMENT,
                                       DONALD RUSK, and MARK ADDY

## APPLICATION TO TAX COSTS

Defendants, County of San Bernardino, San Bernardino County Sheriff-Coroner Department, Donald Rusk, and Mark Addy the prevailing parties, received a defense jury verdict and are entitled to recover costs of suit incurred. A true and correct copy of said Judgment is attached hereto as Exhibit "A."

This application in the amount of $10,637.00 is based on the attached Bill of Costs, Itemization of Costs and supporting document of invoices. Said costs were necessarily incurred in the litigation of this case and are recoverable pursuant to 28 U.S.C. § 1920, and Local Rule 54.

Dated:   June 17, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By:   /s/ Andrea M. Travis
_____
L. Trevor Grimm
Andrea M. Travis

Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
SAN BERNARDINO COUNTY
SHERIFF-CORONER DEPARTMENT,
DONALD RUSK, and MARK ADDY

## DECLARATION OF ANDREA M. TRAVIS

I, Andrea M. Travis, declare as follows:

1. I am an attorney with the law firm of Manning & Marder, Kass, Ellrod, Ramirez LLP, counsel of record for, County of San Bernardino, San Bernardino County Sheriff-coroner Department, Donald Rusk, and Mark Addy (hereinafter "Defendants") in the above matter. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Judgment on the Jury Verdict was entered by the Court for Defendants against Plaintiff. Defendants are the prevailing party in this action, and are entitled to costs. A true and correct copy of the Judgment on Jury Verdict is attached hereto as Exhibit A.

3. I have personally reviewed the attached Bill of Costs for the above case. The items claimed as costs are correct and have been necessarily incurred in the defense of this case. The services for which fees have been charged were actually and necessarily performed and the costs have been either paid for or the obligation for payment has been incurred by the defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2010, at Los Angeles, California.

/s/ Andrea M. Travis
Andrea M. Travis

EXHIBIT "A"

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TRAVIS WHITE<br><br>PLAINTIFF(S),<br>v.<br><br>COUNTY OF SAN BERNARDINO, ET AL<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV- 09-00713-JHN-FMOx<br><br>JUDGMENT ON THE SPECIAL VERDICT<br>FOR DEFENDANTS |
|---|---|

This action having been tried before the Court sitting with a jury, the Honorable **JACQUELINE H. NGUYEN**, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) <u>TRAVIS WHITE</u>

take nothing; that the action be dismissed on the merits.

Dated <u>May 28, 2010</u>                                    CLERK, U.S. DISTRICT COURT

at <u>Los Angeles, CA</u>                                    By <u>Roel Reyes</u>
                                                              Deputy Clerk

cc:   Counsel of record

CV-44 (11/96)                    JUDGMENT ON THE VERDICT FOR DEFENDANT(S)