```
 1  L. Trevor Grimm, Esq., SBN 186801
    Andrea M. Travis, State Bar No. 207838
 2  MANNING & MARDER
    KASS, ELLROD, RAMIREZ LLP
 3  15th Floor at 801 Tower
    801 South Figueroa Street
 4  Los Angeles, CA 90017
    Telephone: (213) 624-6900
 5  Facsimile: (213) 624-6999
    Email: ltg@mmker.com/amt@mmker.com
 6
    Attorneys for Defendants
 7  COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF-
    CORONER DEPARTMENT, DONALD RUSK, MARK ADDY
 8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TRAVIS WHITE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERIFF-CORONER DEPARTMENT, GARY PENROD, DONALD RUSK, MARK ADDY, and Does 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. CV-09-00713 JHN (FMOx)<br><br>**AMENDED NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; APPLICATION TO TAX COSTS; DECLARATION OF ANDREA M. TRAVIS IN SUPPORT**<br><br>(Filed concurrently Herewith Bill of Costs)<br><br>Date:　　　July 1, 2010<br>Time:　　　11:00 a.m.<br>Clerk's Designee: Lydia Yurtchuk |
|---|---|

TO PLAINTIFF TRAVIS WHITE AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 1, 2010 at 11:00 a.m., or as soon thereafter as the parties may be heard telephonically before the Clerk's Designee at the above entitled Court located at 312 North Spring Street, Los Angeles, California 90012, County of San Bernardino, San Bernardino County Sheriff-coroner Department, Donald Rusk, and Mark Addy (hereinafter "Defendants"), hereby will and apply to the Clerk of the Court to tax costs, pursuant to the Bill of Costs filed concurrently herewith. This application is made on the grounds that the Jury returned a verdict in favor of the defendants. The Court entered Judgment on the Jury Verdict

1. on May 28, 2010. This Application shall be based upon this Notice, The Application
2. to Tax Costs, the supporting Declaration of Andrea M. Travis, the responsible
3. attorney, the Bill of Costs, concurrently filed and served herewith, the records and files
4. in this action, and upon such other oral and/or documentary evidence as may be
5. presented at the time of the hearing, if any.

Dated:  June 17, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: ___/s/ Andrea M. Travis___
L. Trevor Grimm
Andrea M. Travis

Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
SAN BERNARDINO COUNTY
SHERIFF-CORONER DEPARTMENT,
DONALD RUSK, and MARK ADDY

## APPLICATION TO TAX COSTS

Defendants, County of San Bernardino, San Bernardino County Sheriff-Coroner Department, Donald Rusk, and Mark Addy the prevailing parties, received a defense jury verdict and are entitled to recover costs of suit incurred. A true and correct copy of said Judgment is attached hereto as Exhibit "A."

This application in the amount of $10,637.00 is based on the attached Bill of Costs, Itemization of Costs and supporting document of invoices. Said costs were necessarily incurred in the litigation of this case and are recoverable pursuant to 28 U.S.C. § 1920, and Local Rule 54.

Dated:   June 17, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: /s/ Andrea M. Travis
_____
L. Trevor Grimm
Andrea M. Travis

Attorneys for Defendants
COUNTY OF SAN BERNARDINO,
SAN BERNARDINO COUNTY
SHERIFF-CORONER DEPARTMENT,
DONALD RUSK, and MARK ADDY

# DECLARATION OF ANDREA M. TRAVIS

I, Andrea M. Travis, declare as follows:

1. I am an attorney with the law firm of Manning & Marder, Kass, Ellrod, Ramirez LLP, counsel of record for, County of San Bernardino, San Bernardino County Sheriff-coroner Department, Donald Rusk, and Mark Addy (hereinafter "Defendants") in the above matter. The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Judgment on the Jury Verdict was entered by the Court for Defendants against Plaintiff. Defendants are the prevailing party in this action, and are entitled to costs. A true and correct copy of the Judgment on Jury Verdict is attached hereto as Exhibit A.

3. I have personally reviewed the attached Bill of Costs for the above case. The items claimed as costs are correct and have been necessarily incurred in the defense of this case. The services for which fees have been charged were actually and necessarily performed and the costs have been either paid for or the obligation for payment has been incurred by the defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2010, at Los Angeles, California.

/s/ Andrea M. Travis
Andrea M. Travis

# EXHIBIT "A"

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRAVIS WHITE                              | CASE NUMBER                          |
|-------------------------------------------|--------------------------------------|
| PLAINTIFF(S),                             | CV- 09-00713-JHN-FMOx                |
| v.                                        |                                      |
| COUNTY OF SAN BERNARDINO, ET AL           | JUDGMENT ON THE SPECIAL VERDICT      |
| DEFENDANT(S).                             | FOR DEFENDANTS                       |

This action having been tried before the Court sitting with a jury, the Honorable **JACQUELINE H. NGUYEN**, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) <u>TRAVIS WHITE</u>

take nothing; that the action be dismissed on the merits.

Dated  May 28, 2010                         CLERK, U.S. DISTRICT COURT

at  Los Angeles, CA                         By  Roel Reyes
                                            Deputy Clerk

cc:   Counsel of record

CV-44 (11/96)             JUDGMENT ON THE VERDICT FOR DEFENDANT(S)

# Applications

2:09-cv-00713-JHN -FMO Travis White v. County of San Bernardino et al **CASE CLOSED on 05/28/2010**
(FMOx), CLOSED, DISCOVERY, MANADR

**Docket Text: Final Text**

**APPLICATION to the Clerk to Tax Costs against Plaintiff Travis White filed by Defendants Donald Rusk, County of San Bernardino, Mark Addy, San Bernardino County Sheriff-Coroner Department. Application set for hearing on 7/1/2010 at 11:00 AM before Clerk of Court. (Attachments: # (1) Appendix Bill of Costs)(Travis, Andrea)**

**Attention!! Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.**
**Have you redacted?**

*Source Document Path (for confirmation only):*
C:\fakepath\N-App to Clerk Tax Cost.pdf    pages: 6
C:\fakepath\Bill of Costs.pdf    pages: 49

[ NEXT ]   [ Clear ]

# Applications

2:09-cv-00713-JHN -FMO Travis White v. County of San Bernardino et al **CASE CLOSED on 05/28/2010**
(FMOx), CLOSED, DISCOVERY, MANADR

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Travis, Andrea on 6/17/2010 at 1:18 PM PDT and filed on 6/17/2010
**Case Name:**        Travis White v. County of San Bernardino et al
**Case Number:**    2:09-cv-00713-JHN -FMO
**Filer:**                   County of San Bernardino
                                  San Bernardino County Sheriff-Coroner Department
                                  Donald Rusk
                                  Mark Addy
**WARNING: CASE CLOSED on 05/28/2010**
**Document Number:** 142

**Docket Text:**
**APPLICATION to the Clerk to Tax Costs against Plaintiff Travis White filed by Defendants Donald Rusk, County of San Bernardino, Mark Addy, San Bernardino County Sheriff-Coroner Department. Application set for hearing on 7/1/2010 at 11:00 AM before Clerk of Court. (Attachments: # (1) Appendix Bill of Costs)(Travis, Andrea)**

**2:09-cv-00713-JHN -FMO Notice has been electronically mailed to:**

Andrea M Travis        amt@mmker.com, alt@mmker.com, jmf@mmker.com

L Trevor Grimm        ltg@mmker.com, amt@mmker.com, axa@mmker.com, djw@mmker.com

Olu K Orange        oluorange@att.net

**2:09-cv-00713-JHN -FMO Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\N-App to Clerk Tax Cost.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/17/2010] [FileNumber=9880334-0]
[51032bd3f508ea4a26586c930ba837fc78e457e697d4b9c5320880d62ef398ebcf97
e9fcc0a9e50c96fa65ea0d3ae5b9692d2ba37043d52fe0280ba36f9aa825]]
**Document description:** Appendix Bill of Costs
**Original filename:** C:\fakepath\Bill of Costs.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/17/2010] [FileNumber=9880334-1]
[99e283e9ea506405b4db7e4fdefc8b563b33cfc6ff19e3eeadd6dbe2e3a710796a9c
dfac9a80a78d5bef3f05768d6ac1995ed7fd3ad82c725fe9f782b73262d9]]